■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN SWONTEK, Also Known as BRIAN SWIATEK, Appellant. (Appeal No. 1.) [734 NYS2d 919] —Judgment unanimously affirmed. Memorandum: By failing to move to withdraw his guilty pleas or to vacate the judgments of conviction, defendant failed to preserve for our review his contention that Supreme Court erred in permitting the prosecutor to conduct the factual portion of the plea allocutions (*see, People v Lopez*, 71 NY2d 662, 665; *People v Smith*, 288 AD2d 931; *People v Sanchez*, 284 AD2d 137). In any event, there is no merit to that contention. "[A]lthough a plea inquiry should normally be conducted by the court * * * the plea[s were] clearly voluntary and there is no basis for reversal" (*People v Sanchez, supra; see, People v Smith, supra*). The contention of defendant that he was deprived of effective assistance of counsel involves, in part, matters that are outside the record and thus beyond our review (*see, People v Marvin*, 216 AD2d 930, *lv denied* 86 NY2d 844). To the extent that the record permits review of that contention, we conclude that it is lacking in merit (*see, People v Baldi*, 54 NY2d 137, 147). The sentence is neither unduly harsh nor severe. The contentions of defendant in his *pro se* supplemental brief are not properly before us (*see*, 22 NYCRR 1000.3 [f]). In any event, there is no merit to any of those contentions. (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Forgery, 2nd Degree.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Burns, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN SWONTEK, Also Known as BRIAN SWIATEK, Appellant. (Appeal No. 3.) [734 NYS2d 918] —Judgment unanimously affirmed. Same Memorandum as in *People v Swontek* ([appeal No. 1] 289 AD2d 989 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Criminal Possession

Forged Instrument, 2nd Degree.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Burns, JJ.